RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/20/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DAMIAN E. OWENS | CIVIL ACTION NO. 11-0304 |
| LA. DOC #187879 | |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| CHAD LEE | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge, which the Court finds correct under the applicable law, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Fed. R. Civ. P. 41(b) and Local Rule 41.3W.

MONROE, LOUISIANA, this **20** day of **September**, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE